IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-00318-MR-WCM

| | | |
|---|---|---|
| JOHNNIE R. SIMMONS, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| WALMART, INC. | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion for Admission *Pro Hac Vice* and Affidavit (Doc. 22) filed by Latrisha Chantel Cherry-Lassiter. The Motion indicates that Ms. Cherry-Lassiter, a member in good standing of the Bar of this Court, is local counsel for Plaintiff and that she seeks the admission of Harry M. Daniels, who the Motion represents as being a member in good standing of the Bar of Georgia. It further appears that the requisite admission fee has been paid.

The Motion also indicates that Ms. Cherry-Lassiter has conferred with counsel for Defendant who has stated he will confer with his client regarding this Motion.

Seeing no facial defect in the Motion, the undersigned will grant the request. Defendant may move for reconsideration of the admission of Mr. Daniels if appropriate, provided that any such request is supported by specific

objections to the *pro hac vice* admission.

Accordingly, the Court **GRANTS** the Motion (Doc. 22) and **ADMITS** Harry M. Daniels to practice *pro hac vice* before the Court in this matter while associated with local counsel.

Signed: February 3, 2022

W. Carleton Metcalf
United States Magistrate Judge