IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:21-cv-00318-MR-WCM

| | |
|---|---|
| JOHNNIE R. SIMMONS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| WALMART, INC., ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |
| ) | |
| JOHNNIE R. SIMMONS, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| NICHOLAS MARLOW, in his ) | |
| individual capacity, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

On August 8, 2023, the Defendants filed their respective Motions for Summary Judgment, along with supporting briefs. [Docs. 46, 46-1; Docs. 48, 48-1]. The supporting briefs, however, fail to comply with this Court's Pretrial Order and Case Management Plan, which requires that briefs must

be in at least 14 point type. [Doc. 38 at 6]. Accordingly, the Defendants' briefs will be stricken.

**IT IS, THEREFORE, ORDERED** that the Defendants' Briefs in Support of their respective Motions for Summary Judgment [Docs. 46-1, 48-1] are **STRICKEN**. The Defendants may refile their briefs in a manner which complies with the requirements of this Court within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

Signed: August 9, 2023

Martin Reidinger
Chief United States District Judge